JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS MENJIVAR, | ) | Case No. CV 07-7821-DSF (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| DAWN DAVISON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

        Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

        DATED:        8-13-08        .


_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\07-7821-j.wpd