UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS MENJIVAR, | ) | CASE NO. CV 07-7821-DSF (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | AMENDED ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| DAWN DAVISON, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   9/25/08.

                                                  DALE S. FISCHER
                                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~8027450.wpd