UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS MENJIVAR, | ) | Case No. CV 07-7821-DSF (PJW) |
| | ) | |
| Petitioner, | ) | A M E N D E D |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| DAWN DAVISON, | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to the Amended Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:  <u>9/25/08</u>.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~0992147.wpd